CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JUN - 5 2007

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : Case No. 2:07CR11 |
| DENON KITT<br>BRIAN MICHAEL ADAMS<br>MARQUEE VENABLE<br>GREG L. MURRAY | : Violations: 18 U.S.C. §§ 2 and 111 |

### INDICTMENT

### COUNT ONE

The Grand Jury charges that:

1. On or about April 14, 2007, in the Western District of Virginia and elsewhere, DENON KITT, BRIAN MICHAEL ADAMS, GREG L. MURRAY, and MARQUEE VENABLE, as principals and aiders and abettors, forcibly assaulted, resisted, opposed, impeded, intimidated and interfered with a person designated in 18 U.S.C. § 1114 while engaged in and on account of the performance of official duties.

2. In committing the acts set forth above, DENON KITT, BRIAN MICHAEL ADAMS, GREG L. MURRAY, and MARQUEE VENABLE inflicted bodily injury.

3. All in violation of Title 18, United States Code, Sections 2, 111(a)(1) and 111(b).

A TRUE BILL, this 5th day of June, 2007.

_____
Grand Jury Foreperson

/s/ John L. Brownlee by JTC
JOHN L. BROWNLEE
United States Attorney